**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

In re

COMPONENT FABRICATORS, INC.,
d/b/a LEGEND FITNESS

Case No. 3:26-BK-30565-SHB

Debtor In Possession

Chapter 11

## CASE MANAGEMENT SUMMARY

Comes the Debtor, Component Fabricators, Inc. ("Debtor"), by counsel, and files this Case Management Summary.

1.  The Debtor is a Tennessee corporation with its business and manufacturing place of business at 5901 Middlebrook Pike, Knoxville, Tennessee 37919. The Debtor is a manufacturer and seller of weightlifting and fitness equipment with gross revenues of $5,675,552.00 for 2024, $3,108,075.00 for 2025, and $230,747.00 for January 2026. It halted operations on February 2nd..

2.  The Debtor has just two employees as of the petition date not counting the sole shareholder and his wife. Other than salaries owed to the shareholder and his wife, employees are not owed any wages or benefits. Thirty-two (32) were furloughed.

3.  The Debtor owes approximately $39,000.00 for sales tax to several states and owes $625,000.00 for 941 taxes.

4.  Pierre Steenekamp is the sole shareholder of the Debtor. The following is a list of the Debtor's employed insiders and their respective salaries:

    a.  Pierre Steenekamp -$77,588.42 net for the past one year. During this one year period, loaned and/or paid expenses of $35,514.75 of which he was re-paid $7,250.00.

    b.  Carlene Steenekamp – $15,210 net for the past one year.

5. All W2 employees of the Debtor had the following benefits:

a. 401K through Voya ERISA Services;

b. Dental and vision insurance through United healthcare; and

c. Health insurance through United healthcare.

6. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code due primarily to: a catastrophic manufacturing failure. A tube bender was down for three months and resulted in lost sales of approximately $1,600,000.00.

7. The following list is comprised of Debtor's 2025 and year-to-date amounts owed to creditors, categorized as secured and general unsecured:

a. Secured: $695,000.00

b. Unsecured priority claims: $39,000.00

c. General unsecured: $2,996,000.00

8. Debtor has assets valued at approximately $673,000.00. The debtor believes the liquidating value is only $170,585.00

9. The Debtor's strategic objective is to sell the assets to a new buyer who has agreed to pay $340,000.00 but also to complete those orders that are in house and have paid deposits on the ordered equipment. These orders have deposits of approximately $400,000.00. The Debtor ahs field a Motion to Approve the Sale and it is set for April 16th.

*s/Lynn Tarpy*
Lynn Tarpy (006017)
Tarpy, Cox, Fleishman & Leveille, PLLC
Landmark Center North Tower
1111 N. Northshore Drive
Suite N-290
Knoxville, Tennessee 37919
(865) 588-1096
ltarpy@tcflattorneys.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Case Management Summary has been served upon the U.S. Trustee through the Court's electronic filing system, and the creditors listed below by placing a copy in the United States Mail, first-class postage prepaid. This the 14th day of April, 2026.

*s/Lynn Tarpy*
Lynn Tarpy

20 20 Technologies
P.O. Box 2630
Carol Stream, IL 60132-2630

501 Fitness
152 Big Oak Trail
Hot Springs National Park, AR 71913

7 Star Brokerage-MC
2422 Jolly Rd. Suite 400
Okemos, MI 48846

A&M Supply Corp
P.O. Box 919393
Orlando, FL 32891-9393

A&W Compressor & Mechanical Ser
2423 Maynardville Hwy
Maynardville, TN 37807

Absolute Weighing
7824 Ewing Road
Powell, TN 37849

Accent Controls
1601 Burlington Street
Kansas City, MO 64114

Ader Sporting Goods
10969 Shady Trail Suite #105
Dallas, TX 75220

Aladdin Steel
18743 Route 16
Gillespie, IL 62033-3393

Allentown HS
27 High Street
Allentown, NJ 08501

American Barbell
4305 N Lamb Blvd
Suite 900
Las Vegas, NV 89115

American Exppress
PO Box 297871
Fort Lauderdale, FL 33329

APHIX
1030 Burlington Lane Suite 1
Frankfort, KY 40601

Appalachia Business Communications
PO Box 30517
Knoxville, TN 37930

ArcBest - Fort Smith, AR
P.O. Box 10048
Fort Smith, AR 72917-0048

ArcBest - Knoxville, TN
3244 NW Park Dr.
Knoxville, TN 37921

Arizona Dept of Revenue
PO Box 29085
Phoenix, AZ 85038-9085

Arkansas Dept Of Finance
1900 W 7th St.
Little Rock, AR 72201

Arkansas Fitness Repair
2555 Forest View Dr
Conway, AR 72034

Arturo Adame
15024 Briarcraft Drive
Missouri City, TX 77489

ATO Fitness
304 Iverness Way S Street tl-15
Englewood, CO 80112

Avus Design
2270 Newcastle Road
Newcastle, CA 95658

Axalta Coati
P.O. Box 3490
Carol Stream, IL 60132-3490

B&B Fitness and Flooring
3 Simm Lane
Newtown, CT 06470

Baker's Sporting Goods
4626 Lenox Ave
Jacksonville, FL 32205

BARBELL BROS
107 Patrior Drive Suite B
Middletown, DE 19709

BDI
Post Office Box 6286
Cleveland, OH 44101-1286

Bearden High School
8352 Kingston Pike
Knoxville, TN 37932

Bedrock Logistics
PO Box 679242
Dallas, TX 75267-9242

Bel-Essex Corporation
5901 Middlebrook Pike
Knoxville, TN 37909

Benjamin Clinger
1188 Estates Drive
Lafayette, CA 94549

Blair Oaks HS
6124 Falcon Lane
Jefferson City, MO 65101

Blairsville Rec Center

Blairsville Rec Center
203 E. Market St.
Blairsville, PA 15717

Blue Ribbon Employees
PO Box 202992
Dallas, TX 75320-2992

Blue Sky Fitness Suply
1312 17th Street Unit 2662
Denver, CO 80202

Blue Sky Fitness Supply
1188 Esates Dr
Lafayette, CA 94549

Bozard Ford
540 Outlet Mall Blvd
Saint Augustine, FL 32084

Brent Beacher (Bullpen)
30 Forest Drive
Hegins, PA 17938

Burlington Graphics
2600 Chicory Road
Racine, WI 53403

Calhoun HS

Calhoun HS
334 South Wall Street
Calhoun, GA 30701

California Department of Tax and Fee
PO Box 942879
Sacramento, CA 94279-0001

Canada Revenue Agency
5001 Yonge St
Noth York, CANADA ON M2N 6R9
CANADA,

Capital One
PO Box 71087
Charlotte, NC 28272-1087

Capps Welding
110 Irby Lane
Irving, TX 75061

Cardinal Logistics
PO Box 405069
Atlanta, GA 30384

CCP INDUSTRIES
Lockbox 952051 4100 West 150th Street
CLEVELAND, OH 44135

Cenmac MetalWorks
1339 East Fairground Road
Marion, OH 43302

Chris Armstrong
162 Forest Hill Lane
Evensville, TN 37332

Cinco Ranch High School
23440 Cinco Ranch Blvd
Katy, TX 77494

City of Knoxville
P.O. Box 15001
Knoxville, TN 37901-5001

City of Miami
Accounts Payable
1700 Convention Center Dr
Miami Beach, FL 33139

Collins Aerospace Red Center
400 Collins Road NE MS 154-100
Cedar Rapids, IA 52402

Colorado Dept Of Revenue
Colorado Dept Of Revenue
Denver, CO 80261-0008

Colorado State University MDA Rec Center
8027 Campus Delivery
Fort Collins, CO 80523

Commercial Lighting
1485 Amherst Road
Knoxville, TN 37909

Components on Demand
PO Box 62781
Sharonville, OH 45241

Cooks Pest Control
P.O. Box 1789
Powell, TN 37849

Cooper Container
P.O. Box 730
Maynardville, TN 37807

Coopersville HS
13669 Port Sheldon St.
Holland, MI 49424

Crocket County School
402 Hwy 88
Alamo, TN 38001

Cross Gates Family Fitness
200 North Military Road
Slidell, LA 70461

Cryogenic Plastics Inc
1098 Windy Hill Road
Kyle, TX 78640

Dave Mikel
19277 Citrine Drive
Leesburg, VA 20176

David Duthil
881 SW 58 Ave
Plantation, FL 33317

Dfine Fit
2612 Larch Lane Suite 108
Mount Pleasant, SC 29466

Diamond Rubber
Post Office Box 531164
Birmingham, AL 35253

Diamond Wire
150 Landmark Drive
Taylor, SC 29687

Dynamix
2060 Rhino Crossing
P.O. Box 1004
Milan, TN 38358

ECI Software Solutions, INC
PO Box 737466
Dallas, TX 75373-7466

Elite Installation Services LL
2707 Buckthorn Road
Northlake, TX 76226

Emerald Youth - Sampson Sports Complex
1718 N Central St
Knoxville, TN 37917

Empyre Fit
2976 S Meridian Road
Suite 110
Meridian, ID 83642

Energyst Solutions
P.O. Box 7410961
Chicago, IL 60674-0961

Engineered Mechanical Systems
PO Box 4958
Chattanooga, TN 37405

Essentra Components
PO Box 3384
Carol Stream, IL 60132-3384

Family Care Specialists PC
1300 Old Weisgarber Rd
Knoxville, TN 37909-1291

Farmington High School
1 Black Knight Drive
Farmington, MO 63640

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Ferus Prime
1424 Cross Beam Dr.
Charlotte, NC 28217

Fitness Foundations
3157 Hickory Woods Drive
Greenfield, IN 46140

Fitness Giant
13401 Hipworth Road
Alpharetta, GA 30004

Fitness Machines Technicians
144 S Dupont HWY #207
New Castle, DE 19720

Fitness Repair Service
2513 McCain Boulevard
North Little Rock, AR 72116

Fittech TN
8704 Celtic Lane
Knoxville, TN 37923

Flood Brothers, Inc.
610 Waterfront Dr. SW
Atlanta, GA 30336

Flooring America
10029 Parkside Drive
Knoxville, TN 37922

Florida Dept of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0135

Full Tilt Fitness
1664 E. Stone Dr
Kingsport, TN 37660

Furrow Holrob
7741 S Northshore Dr.
#103
Knoxville, TN 37919

Furrow Holrob General Partnership
P.O. Box 32676
Knoxville, TN 37930

Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN 37901

Georgia Department of Revenue
P.O. Box 740320
Atlanta, GA 30374-0320

Grainger
Post Office Box 419267 Dept 416 - 832771
Kansas City, MO 64141-6267

Granite Fit
565 Sagamore Ave
Portsmouth, NH 03801

Great Lakes Coils
PO Box 715852
Cincinnati, OH 45271-5852

Great Lakes Full Fitness Solutions
2775 W Dickman Road
Suite H2
Springfield, MI 49037

Great Life
4600 S Tennis Lane
Sioux Falls, SD 51706

Gym Crash Heroes
673 Kennedy Rd
Lexington, KY 40511

Gym Tech AZ
2753 E Broadway Road
Suite 101 #277
Mesa, AZ 85204

Gym Techs GA
5942 Hopewell Road E
Musella, GA 31066

Gym Worx
82 Rolling Oaks
Maumelle, AR 72113

Hamilton Home Fitness
5143 Georgetown Road NW
Cleveland, TN 37312

Health & Fitness Inc.
35665 Curtis Boulevard
Eastlake, OH 44095-5000

Healthworks
216 14th Avenue SW
Sidney, MT 59270

Hess Construction
1445 Research Blvd
Suite 475
Rockville, MD 20850

Holston Gas
Post Office Box 27248
Knoxville, TN 37927

Holston Gases - Propane Account
Post Office Box 27248
Knoxville, TN 37927

Hot Springs High School District #6
400 Linwood Avenue
Hot Springs, AR 71913

Hubspot
2 Canal Park
Cambridge, MA 02141

I & I Sling
PO Box 2423
Ashton, PA 19014

Illinois Dept of Revenue
PO Box 19028
Springfield, IL 62794-9028

Industrial Carbide Saw & Tool
4812 Pinewood Rd
Louisville, KY 40218

INGERSOLL RAND NA
15768 Collections Center Drive
Chicago, IL 60693

INNOVATIVE PACKAGING
175 County Ln
Jacksboro, TN 37757

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Iowa Dept of Defense
7105 NW 70th Ave.
Johnston, IA 50131

Iron Co.
2201 Long Prairie Rd.
#107-343
Flower Mound, TX 75022

Iron Factory
195 Federal Road
Brookfield, CT 06804

Iron Made Gym
10666 Main Street
New Middletown, OH 44442

Isostatic Industries
2752 Paysphere Circle
Chicago, IL 60674

Jack Sherrod CPA
PO Box 11817
Knoxville, TN 37939-1817

Jackson HS
614 East Adams St.
Jackson, MO 63755

Jeffrrey George
7733 Ballantyne Commons Pkwy
Suite 103
Charlotte, NC 28209

Jennys Gym
120 Adams Street
Camden, AR 71701

Jessica Stahl
1915 Factors Walk
Ionia, NY 14475

Joe Perk
380 Tysens Lane
Staten Island, NY 10306

John Collias
3407 Ravenwood Lane
Miramar Beach, FL 32550

Johnson Fitness
Rio Rico
231 Executive Dr
Newark, DE 19702

Johnson Fitness & Wellness
231 Executive Drive
Newark, DE 19702

Jose Villanueva
1424 Main Street
Highlands, TX 77562

JP Fitness Service
869 E Schaumburg Road
Schaumburg, IL 60194

Kamparts Inc.
5445 Schaefer Ave.
Chino, CA 91710

Kelsan Inc.
P.O. Box 639235
Cincinnati, OH 45263-9235

Ken Bergman & Assc
10533 S Lorel
Oak Lawn, IL 60453-5154

Kentucky Dept of Revenue
501 High Street Station 20
Frankfort, KY 40602-0299

Kewanee High School
1101 East 3rd Street
Kewanee, IL 61443

Klingspor Abrasives, Inc.
Post Office Box 2367
Hickory, NC 28603-2367

Knox County Trustee
P.O. Box 70
Knoxville, TN 37901

Knoxville Staffing
2115 Middlebrook Pike
Knoxville, TN 37921

Kohen Dubeau
89 Aldrich Street
Uxbridge, MA 01569

Laser Precise Inc.
1623 Third Creek Road
Knoxville, TN 37921

LBMC, PC
Post Office Box 1869
Brentwood, TN 37024-1869

Lease Process (Rise Bodyworks)
8795 Raiston Road
Suite 225
Arvada, CO 80002

Legacy Bar
8795 Raiston Road
Suite 225
Arvada, CO 80002

Lexco
PO Box 56380
Chicago, IL 60656

Linxup GPS
424 S Woods Mill Rd Suite 210
Chesterfield, MO 63017

LIV UNLTD
1960 Hastings Dr
Clearwater, FL 33763

Loos & Co Inc.
Wire & Wire Rope Division
16B Mashamoquet Road
Pomfret Center, CT 06259

Lucas Industrial
Post Office Box 293
Cedar Hill, TX 75106

Luedeka, Neely & Graham
PC 900 South Gay Street Suite 1504
Knoxville, TN 37902-1871

Manchester Police
1 Colonial Drive
Manchester Township, NJ 08759

Martinsburg High School
701 S Queen Street
Martinsburg, WV 25401

Matt Johnson
18 Central Avenue
Island Heights, NJ 08732

Matterhorn Fit
837 NE 2nd Ave
Fort Lauderdale, FL 33304

Matthew Gnall
405 Warren Street
Hudson, NY 12534

Maximum Performance Physical Therapy
426A McCall Road
Manhattan, KS 66503

MCJROTC
1601 Summit Avenue
Suite 110
Plano, TX 75074

McKendree University
701 College Road
Lebanon, IL 62254

McMaster-Carr Supply Co.
Post Office Box 7690
Chicago, IL 60680-7690

McNutt Oil Company Inc.
P.O. Box 4669
Maryville, TN 37802

MEL Fitness
9166 E US Hwy 36
Avon, IN 46123

Merchants Bonding Company (Mutual)
PO Box 850180
Minneapolis, MN 55485-0180

Mesa County Sheriff's Office
215 Rice Street
Grand Junction, CO 81503

MFAC, LLC
PO Box 8090
Cranston, RI 02920

Midland University
900 N Clarkson
Fremont, NE 68025

Midwest Sporting Goods
9530 East 55th Place
Tulsa, OK 74145

Mike Royce
4505 S 22st Street
Elkhorn, NE 68022

Minden High School
400 College St
Minden, LA 71058

Missouri Dept of Revenue
P.O. Box 3365
Jefferson City, MO 65105-3365

Monte Vista High School
345 E Prospect Avenue
Monte Vista, CO 81144-3108

Mount Olive
18 Corey Rd
Flanders, NJ 07836

MSC Industrial Supply Co
P.O.Box 953635
St Louis, MO 63195-3635

Mt Juliet PD
1019 Charlie Daniels Pkwy
Mount Juliet, TN 37122

MVT Logistics LLC (JH Rose Log)
P.O. Box 675131
Dallas, TX 75267-5131

National Contract Flooring
PO Box 6808
Sherwood, AR 72124

National Service Corp.
7427 Matthews-Mint Hill Road Suite 105-3
Charlotte, NC 28227

Nautilus
P.O.Box 101648
Pasadena, CA 91189-1648

Nick Rodriguez
21790 Veranda Boulevard
Fairhope, AL 36532

Non-Stop Fitness
1142 Highway 71
Mena, AR 71953

Nored Telcom Inc
3925 Papermill Drive
Knoxville, TN 37909

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0520

North Fond Du Lac HS
1115 Thurke Ave
Fond Du Lac, WI 54937

Norton Sports Performance
9451 Westport Rd
Louisville, KY 40201

Oak Island
4601 E Oak Island
Oak Island, NC 28465

Oakley Country Club
410 Belmont Street
Watertown, MA 02472

Oath Logistics
Box 721608
Newport, KY 41071

Ohio Dept of Revenue
PO Box 2678
Columbus, OH 43216-2678

Old Skool Iron
33 Commerce Place Street
Vacaville, CA 95687

Orange County Sheriff's Office
2500 West Colonial Drive
Orlando, FL 32804

OsteoStrong Franchising Inc.
8524 Highway 6
N #310
Houston, TX 77095

PA Dept of Revenue
PO Box 280425
Harrisburg, PA 17128-2005

Park Circle
1005 E Montague Avenue
North Charleston, SC 29405

Parkridge Inc.
913 N 3200 W
Layton, UT 84041

Parsippany Hill HS
20 Rita Dr
Morris Plains, NJ 07950

PartsSource
50 Executive Pkwy
Hudson, OH 44236-1605

Pathway Fitness
2965 SW Goldenglow Drive
Palm City, FL 34990

Paul Puryear
4771 Roaring River Rd
Hilham, TN 38568

Pavlock Trucking
PO Box 3002
Munhall, PA 15120

Performance Plus
2 Clark St
Norfolk, MA 02056

Personal Computer Systems, Inc.
PO Box 69
Louisville, TN 37777

Phil Sting
13822 Phoenix Drive
Orlando, FL 32828

Pierre Steenekamp
5901 Middlebrook Pike
Knoxville, TN 37909

Pierre Steenkamp
5901 Middlebrook Pike
Knoxville, TN 37909

Pitts & Lake
2030 Falling Waters Rd Ste 100
Knoxville, TN 37922

Platinum Fitness
2951 TX-35
Rockport, TX 78382

PMLINEAR
15330 Fairfield Ranch Rd Unit E
Chino Hills, CA 91709

Power House FL
3251A W
Tampa, FL 33614

Power Lift USA
900 East Highway 30
Jefferson, IA 50129

PowerBlock
14255 Southcross Dr.
W Burnsville, MN 55306

PR Fitness Equipment Inc
10700 Regent St
Oklahoma City, OK 73162

Pro Fitness
1732 Corporate Drive
Boynton Beach, FL 33426

Production Components
PO BOX 52614
KNOXVILLE, TN 37950

Prosponsive Logistics
4220 International Pkwy Ste 300
Atlanta, GA 30354

Ralph Prince
18860 Latta Road
Canehill, AR 72717

Ray Tackett
135 Sawmill Road PO Box 87
Norris, TN 37828

Regions
PO Box 70912
Charlotte, NC 28272-0912

Regions Bank
PO BOX 12926
Birmingham, AL 35202

Results Gym and Fitness
470 W Main
Tremonton, UT 84337

RetroFit
2331 Hamata Street
Ferndale, MI 48220

Rierson Fitness
110 E Westson Drive
North Liberty, IA 52317

Riverstone Logistics
PO Box 471144
Charlotte, NC 28247

Robert Brewer
651 Everitt Rpad
Cleveland, TX 77328

Roger Williams
3172 Luvan Boulevard
Georgetown, SC 29440

Royal Brass & Hose
1470 Amherst Rd
Knoxville, TN 37909-1264

RTS Barbell
2411 Symmes St
Cincinnati, OH 45203

Ryder Transportation Services
P.O. Box  96723
Chicago, IL 60693-6723

Ryder Truck
5951 Middlebrook Pike
Knoxville, TN 37909

SAFEWARE INC.
4403 Forbes Boulevard
Lanham, MD 20706

Saia Motor Freight Line
P.O. Box 730532
Dallas, TX 75373-0532

Saiyan Strength
5 W 9th Street
Santa Rosa, CA 95403

Sandin Mfg
250 Indiana Highway 212
Michigan City, IN 46360

Sandy Tull
1734 E Hwy 359
Waldron, AR 72958

School Specialty
PO Box 1017
Appleton, WI 54912

Service Caster
9 South First Avenue
West Reading, PA 19611

Seth Brown
3838 N Braeswood Boulevard
TH #11
Houston, TX 77025

Shawn Harris
433 East North Street
Geneseo, IL 61254

Show Me Weights LLC
2001 Hitzert Court
Fenton, MO 63026

SIGNAL INDUSTRIAL PRODUCTS
6210 ENTERPRISE DRIVE
KNOXVILLE, TN 37909

SIGNAL PLATING
1608 Camden Street
Chattanooga, TN 37406

SIMS GLOBAL
17449 W 116th St
Lenexa, KS 66219

Siskin Steel
Post Office Box 933517
Atlanta, GA 31193-3517

SLAMDOT INC.
2099 Thunderhead Rd Suite 106
Knoxville, TN 37922

Smash My Trash
107 Sandra Ave
Greenville, SC 29611-1504

Sonitrol Security Systems
P.O. Box 3444
Knoxville, TN 37927

Spirit Fitness
Post Office Box 2037
Jonesboro, AR 72402

Spoon River College
23235 N County Hwy 22
Canton, IL 61520

Sportsart
8217 44th Ave W. #A
Mukilteo, WA 98275

SPS Fitness
12 Christa Court
Huntington, NY 11743

SST
Accts Payable
15046 Reynosa Dr
Sloughhouse, CA 95683

SST - Katherine Johnson MS
15046 Reynosa Drive
Rancho Murieta, CA 95683

St. Augestine Prep School
611 Cedar Avenue
Richland, NJ 08350

St. Laurence High School
5556 W 77th Street
Burbank, IL 60459

Staples
P.O. Box 105638
Atlanta, GA 30348-5638

Stephen Flora
2304 Cherokee Lane
Winston Salem, NC 27103

Stephen Kelleher
27 Stop River Road
Norfolk, MA 02056

Superior Components
12409 South Industrial Drive
Plainfield, IL 60544

T & B TUBE Co, Inc
P.O. Box 5647
Carol Stream, IL 60197-5647

TDC USA, Inc
5 Industrial Road
Fairfield, NJ 07004

Team Wring Fitness
3537 Farmview Circle
Ravenna, OH 44266

Tennessee Foam LLC
4142 Industry Way
Flowery Branch, GA 30542

Terry Nimry
9294 Booneville Road
West Des Moines, IA 50266

Texas Rangers
734 Satdium Drive
Arlington, TX 76011

The 1 on 1 Academy
136 South Alpine St
Arroyo Grande, CA 93420

The Agassi Foundation
120 N Town Center Dr
Ste 160
Las Vegas, NV 89144-6303

The Arena Club
2304 E Churchville Road
Bel Air, MD 21015

THE COR-TENN CO
PO Box 3003
Knoxville, TN 37927

The Fitness Resource
200 McKay Rd
Huntington Station, NY 11746

The Interlocal Purchasing System
4845 US Hwy 271 N
Pittsburg, TX 75686

The Local Government Purchasing Cooperat
P.O. Box 975110
Dallas, TX 75397-5110

The Pound
5442 State Hwy 12
Norwich, NY 13815

Thomas Turner
123 Main Street
Grand Prairie, TX 75054

Thomas W Kelly
77 Benton
Dixons Mills, AL 36736

Threds
10529 Lexington Drive
Knoxville, TN 37932

TN Department of Revenue
500 Deadrick Street
Nashville, TN 37242

Toshiba Financial Services
PO Box 660831
Dallas, TX 75266-0831

Total Fitness IL - Lake Forest HS
6122 North Drake Avenue
Chicago, IL 60659

TriMark
3011 Industrial Pkwy E.
Knoxville, TN 37921

TriMech Solutions, LLC
Attn: Accounts Receivable
4991 Lake Brook Drive Suite 300
Glen Allen, VA 23060

Twelve Points
Gulf Coast Bank & Trust dba
Phoenix Capital
PO Box 1415
Des Moines, IA 50305

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

UniFirst Corporation
P.O. Box 650481
Dallas, TX 75285-0481

Uniroyal Engineering
PO Box 947066
Atlanta, GA 30394-7066

Unity High
710 S Atlantic Street
Dillon, MT 59725

Universal Tool & Engineering
2304 Silverdale Drive
Johnson City, TN 37601

University of Western Montana
Unity High School
1127 County Road 800
Tolono, IL 61880

US Air Force
43 C Road
Avon Park, FL 33825

US Logistics, LLC
PO Box 644831
Pittsburgh, PA 15264-4831

US Wholesale Pipe &Tube
3351 Grand Blvd Holiday
Holiday, FL 34690

USA Sports
10600 Shadow Wood Drive #301
Houston, TX 77043

UT Rec
2200 Andy Holt Avenue
Knoxville, TN 37916

Volunteer Welding Supply
PO Box 306710
Nashville, TN 37230-6710

Vortex
5605 Jelinek Avenue
Schofield, WI 54476

Washington Dept of Revenue
PO Box 47478
Olympia, WA 98504-7478

Waste Connections
PO Box 535233
Pittsburgh, PA 15253-5233

Wechsler Construction, LLC
7247 Riverstone Rd
West Bloomfield, MI 48322

WHEELER
9839 S Tyron Street
Charlotte, NC 28273

Woodhaven High School
24787 Van Horn Road
Brownstown, MI 48134

Worldwide Express
PO BOX 21272
New York, NY 10087

Wright's Gym
27 Foster Ave
Pittsburgh, PA 15205

X3 Performance & Physical Therapy
14651 Jetport Loop
#150
Fort Myers, FL 33913

XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

Yellville Summit HS
1124 N Panther Ave
Yellville, AR 72687

Bill McCormick
TN Dept of Rev. Bankruptcy unit
PO Box 20207
Nashville, TN 37202-0207